**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKS STERNBERG, ETC., ET AL,<br><br>           Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, ETC., ET AL,<br><br>           Defendants. | Case No. EDCV 15-00046-VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 19, 2015

                              _____
                              VIRGINIA A. PHILLIPS
                              United States District Judge